MARGARET JOYCE, Appellant, *v.* EASTMAN KODAK COM-
PANY, Respondent.

*Master and servant — negligence — when remedy of clerk in manu-
facturing concern for injuries received while doing her work exclusively
under Workmen's Compensation Law.*

*Joyce* v. *Eastman Kodak Co.*, 182 App. Div. 354, affirmed.
(Argued June 8, 1921; decided July 14, 1921.)

APPEAL from a judgment, entered March 23, 1918,
upon an order of the Appellate Division of the Supreme
Court in the fourth judicial department, reversing a

judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a clerk in the employ of defendant, was injured through the giving way of a chair on which she was sitting. The defendant makes photographic cameras and supplies, a hazardous employment under the Workmen's Compensation Law. It had made provision for securing payment of compensation for injuries to its employees. The Appellate Division held that plaintiff's work though clerical was fairly incidental to the manufacture of cameras and supplies; that she was protected by the Workmen's Compensation Law and that her remedy thereunder is exclusive.

*John J. McInerney* for appellant.
*Clarence P. Moser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Deceased: CHASE, J.